In the Matter of MINNIE NAGOURNEY, as Administratrix of the Estate of ISAAC NAGOURNEY, Deceased, Appellant. LEON NAGOURNEY, Respondent.

Submitted April 10, 1947; decided May 15, 1947.

*Philip Scharf* and *Julius Brandes* for appellant.
*Harry Scheer* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND THACHER, DYE and FULD, JJ.